In the Matter of the Application of Francis W. Knowles for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

James Prendergast, Respondent, v. Nassau County Water Company, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Virginia J. Ranken, Respondent, v. Michael Donovan'and Cartwright McBride, Trustees, etc., Appellants.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Solomon Rice, Respondent, v. Joseph Eisler, Appellant.— Motion granted. When return is perfected and filed the case may be brought on in its regular order. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

James Roach, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

James A. Romaine, Respondent, v. The Village of Spring Valley, Appellant. — Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Barnet Shapiro, Plaintiff, v. Barnet Shapiro, Defendant, Impleaded with Samuel Leder and Zellel Zellermeyer, Respondents, and Marcus Michel and Walter Scott, Appellants.— Motion granted. When return is perfected and filed the case may be brought on in its regular order. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Edward R. Vollmer, Respondent, v. George S. Brush and Others, Appellants. — Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Rosa Absalon, Respondent, v. Rudolph Sickinger, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Mary Amey, Appellant, v. The Brooklyn Daily Eagle, Respondent.— Reargument ordered and case set down for Monday. January 28, 1907. Present — Hirschberg, P. J., Woodward, Rich and Miller, JJ.

Annie Andrews, as Administratrix, etc., of Joseph T. Andrews, Deceased, Respondent, v. H. & H. Reiners, Appellant.— Judgment and order reversed, on reargument and new trial granted, costs to abide the event on opinion heretofore handed down herein (112 App. Div. 378). Leave will be granted to appeal to the Court of Appeals if the plaintiff so desires. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Arcoria Basilio, Respondent, v. John B. McDonald and Andrew Onderdonk, Doing Business under the Firm Name and Style of McDonald & Onderdonk, Appellants. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

William S. Bennett, Respondent, v. Long Island Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Abraham Clendenan, Respondent, v. St. Lawrence Life Association, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Richard J. Donovan, Respondent, v. William R. Weed and Frederic A. Weed, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.